

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00446-CV

Edward Harral **ROBERTS**,
Appellant

v.

Carmen S. Lopez **ROBERTS**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 18-04-35492-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's September 18, 2020 order dismissing appellant Edward Harral Roberts's petition for bill of review is AFFIRMED. We ORDER appellant to pay the costs of this appeal.

SIGNED February 16, 2022.

_____
Beth Watkins, Justice